IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TIFFANY LASSWELL, | CASE NO. 5:12-00463 EJD |
| Plaintiff, | **ORDER TO SHOW CAUSE AND ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| COUNTY OF SANTA CRUZ, ET AL, | |
| Defendant. / | |

Plaintiff filed the complaint initiating this action on January 30, 2012. To date, Plaintiff in the above-entitled matter has failed to file a proof of service to Defendants. "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). More than 120 days have passed after the complaint was filed, and there is no indication in the record that Defendants have been served. Furthermore, on May 2, 2012, the court ordered Plaintiff to file a case management conference statement no later than July 3, 3012, and Plaintiff did not do so. See Docket No. 8. Accordingly,

IT IS HEREBY ORDERED that case management conference scheduled for July 13, 2012 is VACATED.

1      IT IS FURTHER ORDERED that the Plaintiff shall SHOW CAUSE why her claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and failure to serve, pursuant to Rule 4(m). If plaintiff fails to file a written response to this order to show cause by August 3, 2012, the case shall be dismissed.

Dated: July 10, 2012

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE