IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TIFFANY LASSWELL,

               Plaintiff(s),

  v.

COUNTY OF SANTA CRUZ, et. al.,

               Defendant(s).

CASE NO. 5:12-cv-00463 EJD

**ORDER DISMISSING CASE**

On July 10, 2012, the court ordered Plaintiff to show cause in writing by August 3, 2012, why this action should not be dismissed for failure to prosecute after Plaintiff failed to file a case management statement. See Docket Item No. 9. The court advised Plaintiff that this case would be dismissed if she did not respond or otherwise demonstrate good cause for her failure to comply with the court's orders. Id.

Plaintiff has not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: June 20, 2013

                                            EDWARD J. DAVILA
                                            United States District Judge